## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BARBARA PENAROQUE and
ANTONIO PENAROQUE,

              Plaintiffs,

v.                                      Case No:  6:25-cv-1543-PGB-LHP

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY and
DANIEL TORRES,

              Defendants

_____

### ORDER

Before the Court is Defendant Allstate Fire and Casualty Insurance Company's Motion to Motion to Motion to Compel Production, Motion to Compel Depositions, and Motion for Sanctions.   Doc. No. 47.   On review, the motion is **DENIED without prejudice** for failure to comply with the Standing Order on Discovery Motions.   *See* Doc. No. 32.   The motion also fails to comply with Local Rule 1.08.

After Defendant filed the motion, Plaintiffs then filed a Motion for Protective Order Concerning Scope of Update Depositions, which was docketed as a "response" to Defendant's motion to compel.   Doc. No. 48.   This filing too,

however, fails to comply with the Standing Order on Discovery Motions, and it is also **DENIED without prejudice**.   *See* Doc. No. 32.

The parties are directed to carefully review all prior Orders entered in this case.   Future filings that fail to comply with all Court Orders, Local Rules, and/or Federal Rules of Civil Procedure may be stricken or summarily denied without further notice.

**DONE** and **ORDERED** in Orlando, Florida on November 21, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record