**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BARBARA PENAROQUE and
ANTONIO PENAROQUE,

      Plaintiffs,

v.                                       Case No:   6:25-cv-1543-PGB-LHP

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY and
DANIEL TORRES,

      Defendants

---

**ORDER**
(And Direction to Clerk of Court)

    Before the Court is Plaintiffs' Motion to Strike Defendant's Motion to Compel Deposition and Defendant's Response to Plaintiff's Motion for Protective Order for Failure to Redact Personal Information.   Doc. No. 57.   The Court does not require a response to rule on the motion.   Upon consideration, Plaintiff's Motion (Doc. No. 57) is **GRANTED in part**, such that the Clerk of Court is **DIRECTED** to **REDACT** from Defendant's Motion to Compel Deposition and for Sanctions (Doc. No. 52), and Defendant's Response to Plaintiffs' Motion for Protective Order and Motion for Leave to Re-Depose the Plaintiffs (Doc. No. 53), Plaintiff Barbara Penaroque's date

of birth and Social Security Number, in accordance with Federal Rule of Civil Procedure 5.2(a)(1), (2).  *See* Doc. No. 52, at 6, 17; Doc. No. 53, at 5, 16.   In all other respects, Plaintiffs' Motion to Strike (Doc. No. 57) is **DENIED**.

Defendant is reminded of its obligations to comply with all Federal Rules of Civil Procedure, including Rule 5.2.   Future failures to comply may result in the summary denial or striking of the offending filing.

**DONE** and **ORDERED** in Orlando, Florida on December 8, 2025.

*[signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record